FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-3093
_____

EUGENE REED,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____


On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

June 13, 2018


PER CURIAM.

　　AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

　　***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eugene Reed, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.